```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAII

SHIRLEY PICO FAMILY TRUST,    )   CIVIL NO. 11-00091 SOM/BMK
                              )
          Plaintiff,          )   ORDER DENYING PLAINTIFF'S
                              )   REQUEST TO SEAL
     vs.                      )
                              )
IXIS REAL STATE CAPITAL,      )
INC., BANK OF AMERICA,        )
COUNTRY WIDE, FLAGSTAR BANK   )
FSB, INFINITY MORTGAGE CO.,   )
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS,

          Defendant.
_____
```

## ORDER DENYING PLAINTIFF'S REQUEST TO SEAL

On February 7, 2011, Plaintiff Shirley Pico filed a request to seal all documents for the present case. The request to seal is denied because Pico has not followed Local Rule 83.12, which governs the sealing of documents.

The court gives Pico three options: (1) withdraw the request to seal, (2) file a proper motion to seal according to Local Rule 83.12, or (3) file a new complaint deleting portions that Pico wants out of the public record and attaching either no exhibits or exhibits containing only certain matters that Pico is comfortable having in the public record. Any future filings must be single-sided. The court gives Pico until February 16, 2011 to take any of the above actions. Pico's original complaint will be filed under seal until that date. If, by February 16, 2011, no replacement complaint is filed, the court will place the original

complaint into the public record.

   IT IS SO ORDERED.

   DATED: Honolulu, Hawaii, February 8, 2011.



          /s/ Susan Oki Mollway
          Susan Oki Mollway
          United States District Judge

Pico v. Ixis Real Estate Capital, et al., Civil No. 11-00091 SOM/BMK; ORDER DENYING PLAINTIFF'S REQUEST TO SEAL.